UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOY VASSER, and AMY LUSANE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MAPCO EXPRESS, INC. <br><br> Defendant. | Case No.: 3:20-cv-00665 <br><br> COLLECTIVE ACTION <br><br> JUDGE CRENSHAW <br><br> MAGISTRATE JUDGE HOLMES |

**UNOPPOSED MOTION FOR SETTLEMENT APPROVAL**

Named Plaintiffs Joy Vasser and Amy Lusane (collectively, "Named Plaintiffs") on behalf of themselves and the Opt-In Plaintiffs, (collectively, "Plaintiffs") in this Equal Pay Act ("EPA") collective action give notice to the Court that the Parties have reached a Settlement Agreement (attached hereto as *Exhibit 1*), subject to this Court's approval. 29 U.S.C. § 206(d).

Plaintiffs respectfully request that the Court approve this settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Then, the parties engaged in arm's-length negotiations in mediation led by Michael Russell, an experienced mediator in wage and hour litigation. Ultimately, the Parties reached a final agreement on all material issues, amounts to be paid as wages and damages to each of the Plaintiffs, service payments for the Named Plaintiffs, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

Plaintiffs and their counsel are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in this action, the Parties further requests that the Court dismiss this action with prejudice. In support of this Motion, the Parties have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

For the foregoing reasons and the reasons in their supporting memorandum, the Parties respectfully request that the Court:

1. Approve the plan of allocation among the members of the collective;

2. Approve the Parties' proposed plan of distributing the settlement payments to individual members of the collective by U.S. Mail;

3. Approve the service awards to Named Plaintiffs Joy Vasser and Amy Lusane;

4. Approve Plaintiffs' Counsel's request for attorneys' fees and litigation expenses as well as costs associated with the administration of the settlement to the collective; and

5. Retain jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement Agreement.

A proposed order granting this requested relief, and dismissing this action with prejudice is attached to the Parties' proposed Settlement Agreement as Exhibit B. It is also attached to this Motion.

Dated: March 28, 2022

Respectfully submitted,

/s/ David W. Garrison
**DAVID W. GARRISON (No. 24968)**
**JOSHUA A. FRANK (No. 33294)**
BARRETT JOHNSTON MARTIN & GARRISON, LLC

Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

Marc S. Hepworth*
Charles Gershbaum*
David A. Roth*
Rebecca S. Predovan*
**HEPWORTH, GERSHBAUM &
ROTH, PLLC**
192 Lexington Avenue, Suite 802
New York, New York 10016
Telephone: (212) 545-1199
Facsimile: (212) 532-3801
mhepworth@hgrlawyers.com
cgershbaum@hgrlawyers.com
droth@hgrlawyers.com
rpredovan@hgrlawyers.com
*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

# CERTIFICATE OF SERVICE

I hereby certify that a copy of *Unopposed Motion for Settlement Approval* was filed electronically with the Clerk's office by using the CM/ECF system and will be served via the Court's ECF system on the following counsel for Defendant as listed below on March 28, 2022:

**J. CHRISTOPHER ANDERSON**
LITTLER MENDELSON, P.C. (Nashville)
333 Commerce Street, Suite 1450
Nashville, TN 37201
Telephone: (615) 383-0775
Facsimile: (615) 691-7976
chrisanderson@littler.com

**PATRICIA J. MARTIN**
LITTLER MENDELSON, P.C.
600 Washington Avenue, Suite 900
Saint Louis, MO 631010
Telephone: 314-659-2011
pmartin@littler.com

**ALLAN G. KING**
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512-982-7252
agking@littler.com

*Attorneys for Defendant*

/s/ David W. Garrison
DAVID W. GARRISON
**BARRETT JOHNSTON MARTIN & GARRISON, LLC**